798 A.2d 605

IN THE MATTER OF ARTHUR G. D'ALESSANDRO, AN ATTORNEY AT LAW (ATTORNEY NO. 104671962).

June 12, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–247, concluding that a letter of admonition should be issued to **ARTHUR G. D'ALESSANDRO of BASKING RIDGE,** who was admitted to the bar of this State in 1962, for violation of *Rule* 1:21–6 (recordkeeping violations), and good cause appearing;

ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to **ARTHUR G. D'ALESSANDRO;** and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.